United States District Court
Western District of Texas
Austin
**Deficiency Notice**

| | |
|---|---|
| To: | Robb, Catherine Lewis |
| From: | Court Operations Department, Western District of Texas |
| Date: | Tuesday, July 10, 2012 |
| Re: | 01:11-CV-01029-SS / Doc # 39 / Filed On: 07/10/2012 02:12 PM CST |

Pursuant to the <u>Administrative Polices and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY.** When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Proposed order required.  DO NOT re-file entire document.  Please file ONLY the proposed order using the "Attachment" event from menu (located under "Other Documents") and link the proposed order to the Motion.