IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2013 AUG 30 AM 9:51
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

STEVEN JOHN BUSTI,
    Plaintiff,

-vs-                                  Case No. A-11-CA-1029-SS

PLATINUM STUDIOS, INC.; SCOTT MITCHELL ROSENBERG; UNIVERSAL STUDIOS, INC. d/b/a Universal Pictures; and DREAMWORKS II DISTRIBUTION CO., LLC,
    Defendants.

## JUDGMENT

BE IT REMEMBERED on this day the Court entered its order granting summary judgment on behalf of the Defendants, the Court enters the following:

    IT IS ORDERED, ADJUDGED, and DECREED that the Plaintiff Steven John Busti TAKE NOTHING in this cause against the Defendants Platinum Studios, Inc., Scott Mitchell Rosenberg, Universal Pictures, a Division of Universal City Studios LLC, and Dreamworks II Distribution Co., LLC, and that all costs of suit are taxed against the Plaintiff, for which let execution issue.

SIGNED this the 29th day of August 2013.

                                          _/s/ Sam Sparks_
                                          SAM SPARKS
                                          UNITED STATES DISTRICT JUDGE