**FILED**
JAN 2 8 2014
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 13, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 13-50938    Steven Busti v. Platinum Studios,
                         Incorporated, et al
                  USDC No. 1:11-CV-1029

The court has granted the motion to supplement the record with the transcript (Dist. Ct. Doc. #79 filed 11/25/13) in this case.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Claudia N. Farrington, Deputy Clerk
                                504-310-7706

Mr. Joshua G. Jones
Ms. Laura Lee Prather
Mr. William Putnicki
Ms. Catherine Lewis Robb

P.S. to Clerk:  Please supplement the EROA with the transcript
    Doc. #79 filed 11/25/13.