# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

**FILED**
**MAR 1 0 2014**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

No. 13-50938
1:11cv1029

STEVEN JOHN BUSTI,

    Plaintiff - Appellant

v.

PLATINUM STUDIOS, INCORPORATED; SCOTT MITCHELL ROSENBERG; DREAMWORKS II DISTRIBUTION COMPANY, L.L.C.; UNIVERSAL PICTURES, a Division of Universal Studios L.L.C.; UNIVERSAL CITY STUDIOS, L.L.C.,

    Defendants - Appellants

------------------------------------------------------

Consolidated with 13-51177

STEVEN JOHN BUSTI,

    Plaintiff - Appellee

v.

PLATINUM STUDIOS, INCORPORATED; SCOTT MITCHELL ROSENBERG; DREAMWORKS II DISTRIBUTION COMPANY, L.L.C.; UNIVERSAL PICTURES, a Division of Universal Studios L.L.C

    Defendants - Appellees

---

Appeals from the United States District Court for the
Western District of Texas, Austin

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeals are dismissed as of February 26, 2014, pursuant to the joint motion of the parties.

                                LYLE W. CAYCE
                                Clerk of the United States Court
                                of Appeals for the Fifth Circuit

                                By: _____
                                Claudia N. Farrington, Deputy Clerk

                ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 26, 2014

Mr. William Putnicki
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 13-50938 cons. w/ 13-51177 Steven Busti v. Platinum
          Studios, Incorporated, et al
             USDC No. 1:11-CV-1029
             USDC No. 1:11-CV-1029

Dear Mr. Putnicki,

Enclosed is a copy of the judgment issued as the mandates.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Claudia N. Farrington, Deputy Clerk
                            504-310-7706

cc w/encl:
    Mr. Joshua G. Jones
    Ms. Laura Lee Prather
    Ms. Catherine Lewis Robb